

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 14 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

SEAN PATRICK CIRILLO

Criminal Indictment

No. 1 1 23 CR - 0365

THE GRAND JURY CHARGES THAT:

On or about November 8, 2023, in the Northern District of Georgia and elsewhere, the defendant, SEAN PATRICK CIRILLO, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of Georgia to the District of Columbia, that contained a threat to injure U.S. Representative Marjorie Taylor Greene and others; specifically, CIRILLO called Congresswoman Taylor Greene's congressional office, spoke with her staffers, and made statements, which included, but were not limited to, the following: "I got a bead on her. Like a sniper rifle. A sniper rifle. And I'm gonna kill her next week. I'm gonna murder her;" "I'll kill you too if you want;" and "You're gonna die. Your family is gonna die."

All in violation of Title 18, United States Code, Section 875(c).

A __True__ BILL

_____
FOREPERSON

Ryan K. Buchanan
*United States Attorney*

Bret R. Hobson
*Assistant United States Attorney*
Georgia Bar No. 882520

Brent Alan Gray
*Assistant United States Attorney*
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181