IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>SEAN PATRICK CIRILLO<br><br>    Defendant. | CRIMINAL ACTION FILE NO.<br><br>1:23-CR-365-VMC-JKL |

## ORDER

Defendant Sean Cirillo has filed an unopposed motion for extension of time to file pretrial motions and to continue the pretrial conference. [Doc. 19.] The government does not object. Defendant Cirillo's motion is **GRANTED**. Defendant shall have until **April 18, 2024** to file any necessary pretrial motions. The pretrial conference is hereby rescheduled to **Friday, April 19, 2024, at 11:00 a.m.**, before the undersigned Magistrate Judge in Courtroom 1834, 18th Floor, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

The delay between the original and the rescheduled pretrial conference shall be excluded from Speedy Trial Act calculations because the Court finds that the

reason for the delay was for good cause, as the parties need time to review and discuss Dr. Jason Hall's psychological evaluation of Mr. Cirillo and determine if an amicable resolution of this case can be reached.  The interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial.  18 U.S.C. § 3161, *et seq.*  The clerk is DIRECTED to exclude time from computation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A) & (B)(i).

IT IS SO ORDERED this 7th day of March, 2024.

_____
JOHN K. LARKINS III
United States Magistrate Judge