# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cr-00365-VMC-JKL
## USA v. Cirillo
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 07/30/2024.

TIME COURT COMMENCED: 2:15 P.M.
TIME COURT CONCLUDED: 2:30 P.M.      COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:15                 DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Sean Patrick Cirillo Present at proceedings |
| ATTORNEY(S) PRESENT: | Allison Dawson representing Sean Patrick Cirillo<br>Brent Gray representing USA<br>Bret Hobson representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Defendant entered a guilty plea to count 1 of the indictment. Sentencing set for 11/7/2024 at 2:00 PM. |